**Dismissed and Opinion Filed May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

### DAVID FLORES, Appellant
### V.
### BLANCA FLORES, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-17367

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee and appellants' brief in this case are overdue. By postcard dated June 20, 2014, we notified appellant the $195 filing fee was due. We cautioned appellant that failure to pay the filing fee would result in dismissal of this appeal. After the clerk's record was filed, we sent a second fee notice by postcard on October 24, 2014. We again cautioned appellant that failure to pay the filing fee would result in dismissal of this appeal. By postcard dated March 6, 2015, we notified appellants the time for filing appellant's brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. Thereafter, on March 13, 2015, appellant filed a motion to extend time to file his brief. That motion was granted and the time to file appellant's brief was extended until April 3,

2015. We expressly cautioned appellant that failure to file a brief by the deadline might result in dismissal of the appeal without further notice. To date, appellant has not paid the filing fee, filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

140798F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID FLORES, Appellant

No. 05-14-00798-CV     V.

BLANCA FLORES, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-17367.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BLANCA FLORES recover her costs of this appeal from appellant DAVID FLORES.

Judgment entered May 18, 2015.